CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CLAUDIA M. QUINTANA
City Attorney, SBN 178613
BY: KATELYN M. KNIGHT
Deputy City Attorney, SBN 264573
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net
Attorneys for Defendants, CITY OF VALLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF VALLEJO; and Does 1-10,<br><br>    Defendants. | Case No. 2:18-CV-02959-JAM-DB<br><br>**Joint Notice of Settlement and Request to Vacate All Currently Calendared Dates**<br><br>*[Proposed] Order filed concurrently herewith* |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the Parties have reached a settlement in this matter.  The Parties are in the process of preparing settlement documents

1

and will file a Stipulation of Dismissal as soon as the settlement agreement has been executed and the payment term fulfilled. The Parties therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 90 days.

Dated: March 4, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Chris Carson
     Chris Carson
     Attorneys for Plaintiff

Dated: March 4, 2019

By: /s/ Katelyn M. Knight
     Katelyn M. Knight
     Deputy City Attorney
     Attorney for Defendant
     CITY OF VALLEJO

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Katelyn M. Knight, counsel for City of Vallejo, and that I have obtained authorization to affix her electronic signature to this document.

Dated: March 4, 2019            CENTER FOR DISABILITY ACCESS

                                                By: /s/ Chris Carson
                                                     Chris Carson
                                                     Attorneys for Plaintiff