UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO; and Does 1-10,<br><br>    Defendants. | Case No. 2:18-CV-02959-JAM-DB<br><br>**[Proposed] Order re: Joint Notice of Settlement and Request to Vacate All Currently Calendared Dates** |

The Parties report that they have reached terms of settlement in this matter and have requested that all currently set dates be taken off calendar pending finalization of the settlement agreement, completion of the settlement's payment term and filing of a stipulation of dismissal.

Based on the representations of the Parties, IT IS ORDERED THAT:

1. The Parties file a stipulation of dismissal within ninety (90) days;
2. All currently set dates be taken off calendar.

Dated: _____

_____
Honorable John A. Mendez
United States District Judge