1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
6  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
7  Attorneys for Plaintiff

8
   CLAUDIA M. QUINTANA
9  City Attorney, SBN 178613
   BY: KATELYN M. KNIGHT
10 Deputy City Attorney, SBN 264573
   CITY OF VALLEJO, City Hall
11 555 Santa Clara Street, P.O. Box 3068
12 Vallejo, CA 94590
   Tel: (707) 648-4545
13 Fax: (707) 648-4687
   Email: katelyn.knight@cityofvallejo.net
14 Attorneys for Defendants, CITY OF VALLEJO

15

16                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
17

18 | JERRY KRAUS,                       | Case No.: 2:18-CV-02959-JAM-DB
19 |         Plaintiff,                 | **JOINT STIPULATION FOR**
20 |     v.                             | **DISMISSAL PURSUANT TO**
   |                                    | **F.R.C.P. 41 (a)(1)(A)(ii)**
21 | CITY OF VALLEJO; and Does 1-10,    |
22 |         Defendants.                |
23

24

25     Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
26 parties hereto that this action may be dismissed with prejudice as to all parties; each
27
28

1  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
2  matter has been resolved to the satisfaction of all parties.
3  ///
4  ///
5
6  Dated: April 1, 2019                CENTER FOR DISABILITY ACCESS
7
8                                      By: /s/ Chris Carson
                                           Chris Carson
9                                          Attorneys for Plaintiff
10
11
    Dated: April 1, 2019
12
13
                                        By:  /s/ Katelyn M. Knight
14                                           Katelyn M. Knight
                                             Deputy City Attorney
15                                           Attorney for Defendant
                                             CITY OF VALLEJO
16
17
18                       **SIGNATURE CERTIFICATION**
19
20  I hereby certify that the content of this document is acceptable to Katelyn M. Knight,
21  counsel for City of Vallejo, and that I have obtained authorization to affix her electronic
22  signature to this document.
23
24  Dated: April 1, 2019                CENTER FOR DISABILITY ACCESS
25
26                                      By: /s/ Chris Carson
                                           Chris Carson
27                                         Attorneys for Plaintiff
28